
RECEIVED
NOV 17 2005
ROBERT ... CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 99-20028-09 |
| VERSUS | JUDGE DOHERTY |
| FREDDIE FRANCIS, JR. | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Francis' "Rule 60 Motion for Relief from Judgment" [rec. doc. 479] is construed as a second or successive Motion to Vacate, Set Aside or Correct his sentence pursuant to 28 U.S.C. §2255 and is therefore DISMISSED for lack of subject matter jurisdiction. In light of the fact that subject matter jurisdiction does not exist, this Court will not address the merits of Mr. Francis' claims.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 17 day of November, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE