**RECEIVED**

SEP 1 1 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 99-20028-09 |
| VERSUS | JUDGE DOHERTY |
| FREDDIE FRANCIS, JR. | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge [rec. doc. 490] previously filed herein, and after an independent review of the entire record, noting the absence of objections to the Magistrate's Report and Recommendation, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Mr. Francis' "Motion for Relief from Judgment Pursuant to F.R.C.P. Rule 60(b)" [rec. doc. 488] is construed as a second or successive Motion to Vacate, Set Aside or Correct his sentence pursuant to 28 U.S.C. §2255 and is therefore DISMISSED for lack of subject matter jurisdiction. Alternatively, the Motion is DISMISSED on the merits of Mr. Francis' claims. Finally, petitioner is hereby ADVISED that should he continue to file repetitive, duplicative and legally baseless pleadings in an attempt to circumvent the statutory restrictions on filing second or

successive § 2255 motions, the Court will consider imposing sanctions upon petitioner.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this __11__ day of
___Sept___, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE