RECEIVED

SEP 2 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 99-20028-09 |
| VERSUS | JUDGE DOHERTY |
| FREDDIE FRANCIS, JR. | MAGISTRATE JUDGE HILL |

## ORDER

IT IS HEREBY ORDERED that the Judgment [Doc. 496] adopting the Magistrate's Report and Recommendations [Doc. 490] regarding plaintiff's "Motion For Relief From Judgment Pursuant to F.R.C.P. Rule 60(b)" filed by Freddie Francis, Jr., shall be and is RESCINDED and VACATED, as Defendant was granted a 30 day extension to file objections to the Report and Recommendation [Doc. 493] and that time has not yet passed. Defendant has until September 29, 2006 to file any objections; the Court will issue its ruling at the earliest opportunity thereafter.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ____ day of __Sept__, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE