RECEIVED
SEP - 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
SEP 2 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 99-20028-09** |
| **VERSUS** | **JUDGE DOHERTY** |
| **FREDDIE FRANCIS, JR.** | **MAGISTRATE JUDGE HILL** |

## ORDER

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion for Leave to File an Out-of-Time Appeal filed by Freddie Francis, Jr. on August 17, 2006 [rec. doc. 492] is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _____ day of _____, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE