RECEIVED
OCT 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
NOV 1 5 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 99-20028-09 |
| VERSUS | JUDGE DOHERTY |
| FREDDIE FRANCIS, JR. | MAGISTRATE JUDGE HILL |

### ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Francis' "Motion to Dismiss Indictment Under Rule 12(b)(2)" [rec. doc. 502] is construed as a second or successive Motion to Vacate, Set Aside or Correct his sentence pursuant to 28 U.S.C. §2255 and is therefore **DISMISSED** for lack of subject matter jurisdiction, and alternatively **DENIED** and **DISMISSED** as unauthorized and untimely.

**IT IS FURTHER ORDERED** that Francis is **SANCTIONED** for filing repetitive, duplicative and legally baseless pleadings in this court. Accordingly, Francis is hereby required to pay a $100.00 filing fee for any additional pleadings he wishes to present to this court challenging his August 30, 1999 conviction or March 2, 2000 sentencing, and the **Clerk** is hereby instructed to immediately return all such pleadings to Francis prior to docketing if unaccompanied by the $100.00 filing fee.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _15_ day of _November_, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE