
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2-12-07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 2:99CR20028-09 |
| VERSUS | JUDGE DOHERTY |
| FREDDIE FRANCIS, JR. | MAGISTRATE JUDGE HILL |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case[1], the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 2nd day of February, 2007.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE

---

[1] See Doc. 513 wherein the Court deemed petitioner's "MOTION TO DISMISS INDICTMENT UNDER RULE (12)(b)(2) for failure to show Jurisdiction and failure to harge [sic] a Federal Offense" [Doc. 502] as an unauthorized, successive motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.